IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARVIN STEVENSON AND
SALLIE STEVENSON                                                        PLAINTIFFS

V.                                               CAUSE NO. 1:15-CV-00037-SA-DAS

HSBC BANK USA, N.A., et al.                                          DEFENDANTS

### ORDER GRANTING REMAND

Pursuant to a Memorandum Opinion issued this day, Defendants have failed to demonstrate that Slater was improperly joined as a defendant to this lawsuit. Therefore, the Court finds that it lacks jurisdiction over this case.

Plaintiffs' Motion to Remand [13] is GRANTED. Plaintiffs' request for costs and attorney's fees incurred in filing the present motion is DENIED. This action is REMANDED to the Circuit Court of Lowndes County, Mississippi. CASE CLOSED.

SO ORDERED on this, the 24th day of August, 2015.

                                              /s/ Sharion Aycock_____
                                              **U.S. DISTRICT JUDGE**